**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEXANDER CRUZ DIAZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, in his official capacity as** | : | |
| **Warden of Federal Detention Center,** | : | |
| **Philadelphia, BRIAN MCSHANE, in his official** | : | |
| **capacity as Acting Philadelphia Field Office** | : | |
| **Director, United States Immigration and** | : | |
| **Customs Enforcement, TODD LYONS, in his** | : | |
| **official capacity as Acting Director of** | : | |
| **Immigration and Customs Enforcement,** | : | |
| **KRISTI NOEM, in her official capacity as** | : | |
| **Secretary of the Department of Homeland** | : | |
| **Security, THE U.S. DEPARTMENT OF** | : | |
| **HOMELAND SECURITY, PAMELA BONDI,** | : | |
| **Attorney General of the United States** | : | **NO. 26-10** |

## ORDER

**NOW**, this 5th day of January, 2026, upon consideration of petitioner Alexander

Cruz Diaz's Petition for Writ of Habeas Corpus (Doc. No. 1), **IT IS ORDERED** that the

motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that:

1.     No later than **January 8, 2026**, the respondents shall file a response to the

petition and show cause why the petition should not be granted.

2.     Petitioner Alxander Cruz Diaz shall not be transferred outside the Eastern

District of Pennsylvania pending further Order of the Court.

TIMOTHY J. SAVAGE, J.